PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Paulo Guillen                    Case Number: 1:17-CR-00265-LY(1)

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: October 26, 2018

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(2)

Original Sentence: 37 months' imprisonment, followed by a three-year term of supervised release. Special conditions include: substance abuse treatment; substance abuse testing; refrain from the use of alcohol and all other intoxicants; shall not use or possess any controlled substacnes without a valid prescription; search; shall not associate or have any type of contact with the members or associates of the Tango Blast or any prison or street gang; and a $100 special assessment (satisfied)

Type of Supervision: Supervised Release          Date Supervision Commenced: August 11, 2021

Assistant U.S. Attorney: Mark H. Marshall          Defense Attorney: Jose I. Gonzalez-Falla

---

### PREVIOUS COURT ACTION

On September 22, 2021, Guillen's conditions of supervision were modified to include participation in mental health treatment and shall take all mental health medications as prescribed.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:**  "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

Paulo Guillen
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On November 17 and 23, and December 3, 2021, Guillen failed to submit to a random drug test.

On December 7, 2021, the defendant submitted a random drug test which returned positive for marijuana on December 28, 2021.

During a telephone contact with Guillen on January 10, 2022, he admitted to smoking marijuana on an unspecified date in December. He was verbally admonished for his use and reminded of his supervised release conditions in relation to narcotic use.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. Guillen began mental health and substance abuse treatment services on November 12, 2021. He attends two treatment sessions per month and submits to random drug testing. It is to be noted that random drug tests submitted by Guillen on December 20 and 23, 2021, and January 4, 2022 are probable to return positive for marijuana as the narcotic metabolizes from his system. Guillen will be closely monitored for compliance. Should he incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved by,                                            Respectfully submitted,

_____                          _____
Hector J.  Garcia                                      Heather M. Durand
Supervising U.S. Probation Officer               Senior U.S. Probation Officer
                                                       Date: January 11, 2022

---

**THE COURT ORDERS:**

❌ No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

                                                       _____
                                                       Honorable Susan Hightower
                                                       United States Magistrate Judge

                                                       Date: _January 11, 2022_