PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Paulo Guillen    Case Number: 1:17-CR-00265-LY(1)

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: October 26, 2018

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(2)

Original Sentence: 37 months' imprisonment, followed by a three-year term of supervised release. Special conditions include: substance abuse treatment; substance abuse testing; refrain from the use of alcohol and all other intoxicants; shall not use or possess any controlled substacnes without a valid prescription; search; shall not associate or have any type of contact with the members or associates of the Tango Blast or any prison or street gang; and a $100 special assessment (satisfied)

Type of Supervision: Supervised Release    Date Supervision Commenced: August 11, 2021

Assistant U.S. Attorney: Mark H. Marshall    Defense Attorney: Jose I. Gonzalez-Falla

### PREVIOUS COURT ACTION

On September 22, 2021, Guillen's conditions of supervision were modified to include participation in mental health treatment and shall take all mental health medications as prescribed.

On January 11, 2022, a Probation Form 12A was filed with the Court advising of Guillen's failure to submit to random drug testing on November 17 and 23, and December 3, 2021, as well as his December 7, 2021 marijuana positive drug test and admittance of use. No Court action was requested or taken.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

Paulo Guillen
Report on Offender Under Supervision
Page 2

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** On January 14, 25, and 27, 2022, Guillen failed to submit to a random drug test.

On February 2, 2022, during an administrative hearing with this writer and a Supervisory U.S. Probation Officer, Guillen admitted to smoking marijuana on or about January 22, 2022.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. Guillen continues to attend mental health and substance abuse treatment services and submits to the highest level of random drug testing. It is to be noted that random drug tests submitted by Guillen between this writing and February 21, 2022, are probable to return positive for marijuana as the narcotic metabolizes from his system. Guillen will be closely monitored for compliance. Should he incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Approved by,                                              Respectfully submitted,

_____                                    _____
Hector J. Garcia                                          Heather M. Durand
Supervising U.S. Probation Officer                        Senior U.S. Probation Officer
                                                          Date: February 2, 2022

---

### THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: __February 2, 2022__